# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2010

Marilyn Kelly,
Chief Justice

140319

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CHRISTONNA CAMPBELL,
      Plaintiff-Appellee,

v

SC: 140319
COA: 281592
Washtenaw CC: 06-000183-CD

DEPARTMENT OF HUMAN SERVICES,
      Defendant-Appellant.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2010

_____
Clerk

0727